✎ PS 8
(5/04)

Case 2:13-cr-00171-RMP   Document 51   Filed 09/16/14

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2014

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Bennett, Tyler Jordan | Docket No. | 2:13CR00171-FVS-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW, Melissa Hanson, pretrial services officer, presenting an official report upon the conduct of defendant, Tyler Jordan Bennett, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 11th day of December 2013, under the following conditions:

**Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant failed to report during the month of August 2014.

**Violation #2**: On or about September 9, 2014, the defendant consumed a controlled substance, methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   September 16, 2014

by   s/Melissa Hanson

Melissa Hanson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

September 16, 2014
Date